**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| MONICA THOMAS, individually, and on behalf of all others similarly situated, <br><br>     Plaintiff, <br><br>       v. <br><br> COMCAST CABLE COMMUNICATIONS LLC, and COMCAST CORPORATION, and FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., <br><br>     Defendants. | Case No.: 2:24-cv-05403-NIQA <br><br> CLASS ACTION |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Monica Thomas, by and through her undersigned counsel, hereby voluntarily dismisses, with prejudice, her individual claims against Defendants Comcast Cable Communications LLC and Comcast Corporation, and without prejudice as to her individual claims against Defendant Financial Business and Consumer Solutions, Inc. This notice does not affect the claims of the putative class.

Dismissal under Rule 41(a)(1)(A)(i) is appropriate because this notice is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment. Each party is to bear their own expenses and attorneys' fees unless agreed upon otherwise.

Dated: February 24, 2025

Respectfully submitted,

/s/ Andrew W. Ferich
Andrew W. Ferich (PA I.D. 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: 310-474-9111

2

Fax: 310-474-8585
aferich@ahdootwolfson.com

Charles E. Schaffer (PA I.D. 76259)
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
cschaffer@lfsblaw.com

*Counsel for Plaintiff & the Putative Classes*